IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MICHAEL JOHN TARVIN, #13584**                                **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:07-cv-21-TSL-LRA**

**GEO, et al.**                                                                **DEFENDANTS**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

SO ORDERED, this the 1st day of May, 2007.


                                         /S/ TOM S. LEE
                                         UNITED STATES DISTRICT JUDGE